# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUSAN M. BOYD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 09 CV 4889 |
| LOYOLA UNIVERSITY HEALTH SYSTEM, et al. | ) Judge Joan B. Gottschall |
| Defendants. | ) Magistrate Judge Soat Brown |

## LOYOLA UNIVERSITY HEALTH SYSTEM'S AND LOYOLA UNIVERSITY OF CHICAGO'S MOTION TO DISMISS

Loyola University Health System (incorrectly sued as "Loyola University Health System fka, and aka Loyola University Medical Center") and Loyola University of Chicago (incorrectly sued as "Loyola University Chicago – Stritch School of Medicine"), (collectively, the "Corporate Defendants") respectfully submit this Rule 12(b)(6) Motion to Dismiss the claims alleged in Paragraphs 137, 141-142 and 144-150 of Plaintiff's Complaint because Plaintiff fails to state actionable tort claims or statutory claims under the Rehabilitation Act, the False Claims Act and the Fraud Enforcement and Recovery Act of 2009. Further, tort claims against an employer are barred under two Illinois employment statutes. In support of their motion, the Corporate Defendants state as follows:

1. Plaintiff, a Caucasian woman, alleged 23 redundant, overlapping and even non-existent causes of action ranging from race, color, gender, national origin and age discrimination and retaliation to the False Claims Act to "loss of consortium, credit standing and status in community."

2. Plaintiff fails to allege facts to support her statutory claims under the Rehabilitation Act of 1973, the False Claims Act, and the Fraud Enforcement and Recovery Act of 2009, or her tort claims for negligent or intentional infliction of emotional distress, tortious interference with a business relationship, and loss of consortium;

3. Plaintiff's claims of "failure to adequately investigate," "loss of credit standing" and "loss of status in community" are not legal actions recognized by statute or common law.

4. Plaintiff's tort claims are further barred under the Illinois Human Rights Act and the Illinois Worker's Compensation Act.

5. The bases for this motion are set forth in greater detail in the accompanying Memorandum of Law.

WHEREFORE, Loyola University Health System and Loyola University of Chicago respectfully request that the Court enter an Order granting their motion to dismiss the claims against them alleged in Paragraphs 137, 141-142 and 144-150 of Plaintiff's Complaint, with prejudice, and that they be awarded such other relief as may be just and proper.

Respectfully submitted,

By: __/s/ Brent J. Graber__
One of the Attorneys for Defendants
Loyola University Health System
Loyola University of Chicago

Brent J. Graber
Rachel S. Urquhart
Meckler Bulger Tilson Marick & Pearson LLP
Suite 1800
123 N. Wacker Drive
Chicago, IL 60606
Tel.: (312) 474-7900
Fax: (312) 474-7898
E-Mail: brent.graber@mbtlaw.com
rachel.urquhart@mbtlaw.com

M:\13686\pleading\MTD Corporate Defs.doc